## WYNNE ET AL v. LOGAN ET AL.

Appeal from McLennan county.

*Practice.*—Appellees move to strike out the statement of facts in the record. 1. Because it contains deed and certificates of authentication and registration; and a will with its certificate of probate and certificates of copies thereof are set out in full in said statement. 2. Because the interrogatories to certain witnesses, and the answers of these witnesses, together with the certificate of the notary before whom the answers were taken, are copied in full. Upon an examination of the statement of facts, we find that it is subject to all the objections taken in the motion, and directly in violation of rules 71, 72, 73, 74 and 75 of this court. The only question for us to consid-

er then is, what penalty should be enforced in the present case for such a breach of the rules of this court ? It would, of course be within the power of this court to strike the statement from the record, but we do not feel disposed to enforce so severe a penalty in the present case. We think, however, that the costs of the entire statement, as well as of this motion, be charged to appellants, and judgment accordingly will be rendered, no matter what may be the final deposition of the cause. Hereafter the rule will be more ridgidly enforced, and upon motion of the appellees, unless some peculiar circumstances requiring that the objectionable papers should be brought before this court, a statement of facts made up by the parties, in violation of the rules of this court, will be stricken from the transcript, and will not be regarded as forming any portion of the record of the cause.

Opinion by Willie, C. J.